**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JUN - 2 2026

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

CHARLES PIERCE

Criminal No. 26- 105

## INDICTMENT MEMORANDUM

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, United States Attorney for the Western District of Pennsylvania, and R. Chase Stelzer, Assistant United States Attorney for said District, and submits this Indictment Memorandum to the Court:

## I. THE INDICTMENT

A federal grand jury returned a one-count indictment against the above-named defendant for an alleged violation of federal law:

| COUNT | OFFENSE/DATE | TITLE/SECTION |
|---|---|---|
| 1 | Possession with Intent to Distribute 500 Grams or More of a Detectable Amount of Methamphetamine | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) |

On or about September 24, 2024.

## II. ELEMENTS OF THE OFFENSE

A.    **As to Count 1:**

In order for the crime of possession with intent to distribute 500 grams or more of a detectable amount of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii), to be established, the government must prove all of the following essential elements beyond a reasonable doubt:

1.    That on or about the date(s) set forth, the defendant possessed with intent to

distribute the controlled substance charged in the Indictment.

2.      That the defendant did so knowingly and intentionally.

3.      That methamphetamine is a Schedule II controlled substance.

4.      That the mixture and substance containing a detectable amount of methamphetamine was 500 grams or more.

### III. PENALTIES

**A.      As to Count 1: Possession of Controlled Substance with the Intent to Distribute 500 Grams or More of a Detectable Amount of Methamphetamine (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii)):**

1.      A term of imprisonment of not less than ten (10) years to a maximum of life.

2.      A fine not to exceed $10,000,000.

3.      A term of supervised release of at least five (5) years.

If the defendant has a prior conviction for a serious drug felony or a serious violent felony that is final:

1.      A term of imprisonment of not less than fifteen (15) years to a maximum of life.

2.      A fine not to exceed $20,000,000.

3.      A term of supervised release of at least ten (10) years.

If the defendant has two (2) or more prior convictions for a serious drug felony or a serious violent felony that is final:

1.      A term of imprisonment of at least 25 years to a maximum of life.

2.      A fine not to exceed $20,000,000.

## IV. MANDATORY SPECIAL ASSESSMENT

A mandatory special assessment of $100.00 must be imposed at each count upon which

the defendant is convicted, pursuant to 18 U.S.C. § 3013.

## V. RESTITUTION

Not applicable in this case.

## VI. FORFEITURE

As set forth in the Indictment, forfeiture may be applicable in this case.

Respectfully submitted,

TROY RIVETTI
United States Attorney


*s/ R. Chase Stelzer*
R. CHASE STELZER
Assistant U.S. Attorney
PA ID No. 324075

3